```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 12457
   PAUL J SENNE
   LISA M SENNE                                     CHAPTER 13

                                                    JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-1348      SSN XXX-XX-6756

--------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 10/02/06 and confirmed on 12/08/06.

   2.   The case was dismissed after confirmation, 11/14/2008.

   3.   The Debtor paid a total of $  17000.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | 9929.87 | .00 | 5882.53 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 14910.00 | 2006.78 | 6010.62 |
| ILLINOIS DEPT REVENUE | UNSECURED | 1358.03 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5742.01 | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 302.84 | .00 | .00 |
| NORTHERN ILLINOIS MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1077.97 | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | 516.39 | .00 | .00 |
| BLITT & GAINES PC | UNSECURED | NOT FILED | .00 | .00 |
| MEDCLR INC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1119.76 | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 606.88 | .00 | .00 |
| SWISS COLONY | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 602.65 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 13402.64 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

```
         Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 24839.87 | 5742.01 | 18987.16 | .00 | 49569.04 |
| PRINCIPAL PAID | 11893.15 | .00 | .00 | .00 | 11893.15 |
| INTEREST PAID | 2006.78 | .00 | .00 | .00 | 2006.78 |
| TOTAL PAID | 13899.93 | .00 | .00 | .00 | 13899.93 |

The Debtor's attorney, RICHARD S BASS              , was allowed $   2700.00 and was paid $     400.00   direct and $    2300.00   through the plan.

The Trustee received $     800.07 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE